UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| GALIANO CONSTRUCTION CUSTOM BUILDER, LLC and TODD GALIANO, <br><br> Plaintiffs, <br><br> v. <br><br> BRANDON SAMPLE, ESQ., BRANDON SAMPLE, PLC, HON MOK, INK MAKE, LLC, VERMONT REMODELING, LLC, 133 FOREST, LLC, VERMONT EQUIPMENT, LLC, GREEN MOUNTAIN CONCRETE, LLC, VERMONT GENERAL CONTRACTORS, LLC and VERMONT PROPERTY RENTALS, LLC, <br><br> Defendants. | Case No. 5:20-cv-106 |

## ORDER

The remaining defendants have filed a motion to strike the clerk's letter returning this case to Vermont Superior Court. The motion is under advisement. The court stays the remand pending a decision on the motion to strike.

Dated at Rutland, in the District of Vermont, this 14th day of October, 2020.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court